UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MATTHEW DOSS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:26-cv-03058-CBM-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 19). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered, as follows:

1. Claims 5, 8, 9, and 11 against Deputy District Attorney Margaret Jane Moe and the County of Los Angeles are dismissed with prejudice.

2. Claims 6, 8, and 12(b) against Sgt. Susan Torres are dismissed with prejudice.

3. All remaining federal claims are dismissed without prejudice based on

Younger abstention.

4. All state law claims are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction.

IT IS SO ORDERED.

DATED: July 2, 2026

Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

2