JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH MATTHEW DOSS,

Plaintiff,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No. 2:26-cv-03058-CBM-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED THAT:

1. Claims 5, 8, 9, and 11 against Deputy District Attorney Margaret Jane Moe and the County of Los Angeles are dismissed with prejudice.

2. Claims 6, 8, and 12(b) against Sgt. Susan Torres are dismissed with prejudice.

3. All remaining federal claims are dismissed without prejudice based on Younger abstention.

/ / /

/ / /

4. All state law claims are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction.

DATED: July 2, 2026

Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

2